[No. 3576-0-III.   Division Three.   April 7, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MIGUEL
SALAMANCA VELA, *Appellant.*

Appeal from a judgment of the Superior Court for
Klickitat County, No. C-1776, Ted Kolbaba, J., entered
February 18, 1981. *Affirmed* by unpublished opinion per
McInturff, C.J., concurred in by Munson and Roe, JJ.

[No. 3912-9-III.   Division Three.   April 7, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL HUBERT
RICHARDS, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 79-1-00646-8, John J. Lally, J.,
entered March 5, 1980. *Affirmed* by unpublished opinion
per Roe, J., concurred in by McInturff, C.J., and Green, J.

[No. 3794-1-III.   Division Three.   April 7, 1981.]

ETHELYN GUTHRIE, *Respondent,* v. JOHN E.
JACKS, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 79-2-06114-4, William J. Grant, J.,
entered December 21, 1979. *Affirmed* by unpublished opin-
ion per Roe, J., concurred in by McInturff, C.J., and Green,
J.